AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
June 05, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____APV_____
DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| JOSE ABRAHAM MIRANDA | ) Case No. EP: 25-M-3106-MAT |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  December 11, 2024  in the county of  El Paso  in the Western District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi) | Possession with intent to distribute 40 grams or more of Fentanyl |
| 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vii) | Possession with intent to distribute 50 grams or more of Methamphetamine |

This criminal complaint is based on these facts:

Please see the attached affidavit. "Attachment A"

☑ Continued on the attached sheet.

*Nicholas Walker*
Complainant's signature

Nicholas Walker, DEA Special Agent
Printed name and title

Sworn to ~~before me and signed in my presence~~ telephonically.

Date: ~~06/03/2025~~ June 5, 2025 at 1:08 p.m.

*Miguel A. Torres*
Judge's signature

City and state: El Paso, Texas

Miguel A. Torres, United States Magistrate Judg
Printed name and title

## AFFIDAVIT IN SUPPORT OF COMPLAINT

On December 11, 2024, DEA Special Agent Aaron Wolfley, acting in an undercover capacity and hereafter referred to as the UC, began negotiating with a Co-conspirator (CC1) for the purchase of approximately three kilograms of methamphetamine and approximately 5,000 fentanyl pills. CC1 agreed to meet with the UC to conduct the transaction in a parking lot located in the Western District of Texas. Later that day, agents saw a black tow truck entering the parking lot and park next to the UC vehicle. Agents then saw CC1 exit the tow truck along with the driver of the tow truck. They walk towards the UC vehicle and subsequently engage in conversation with the UC. Moments later, a Hispanic male driving a motorcycle, later identified as Jose Abraham Miranda (MIRANDA), arrived and engaged the UC, CC1 and the tow truck driver in conversation.

MIRANDA informed the UC the drugs were located at a different parking lot and asked the UC to move to that location. The UC refused to leave his location and told MIRANDA that the narcotics should be brought to the UC. MIRANDA agreed and departed the location to retrieve the narcotics. MIRANDA was observed meeting with CC2, who was in a gray F-250 pickup truck parked in the same parking lot. CC2 was observed handing a black and red backpack to MIRANDA. MIRANDA then returned to the UC and entered the UC vehicle. MIRANDA opened the backpack showing the UC the methamphetamine and fentanyl pills. Once the suspected narcotics were identified by the UC, all four suspects were taken into custody.

MIRANDA was transported to the DEA El Paso Division office, where agents read him the Miranda Warning. MIRANDA waived his rights and agreed to answer questions without the presence of an attorney. MIRANDA said he received the narcotics from a local dealer and started selling illegal narcotics approximately a year ago. MIRANDA told agents he had narcotics at his apartment and agreed to give agents 12.1 grams of suspected cocaine, and 46.4 grams of marijuana. The methamphetamine field-tested positive for methamphetamine and had a gross weight of approximately 3.038 kilograms. The fentanyl pills field-tested positive for fentanyl and had a gross weight of approximately 362.5 grams.

MIRANDA was not charged at that time pending further investigation. MIRANDA was interviewed on March 20, 2025, and told agents he has been selling narcotics on and off for two

years. MIRANDA told agents he sells up to five pounds of methamphetamine a day. MIRANDA stated he sells cocaine and crystal methamphetamine for two individuals in the El Paso, Texas area.

Telephonically subscribed and sworn and electronically signed on: June 3, 2025

| | |
|---|---|
| *Nicholas Walker* | *Miguel A. Torres* |
| Nicholas D. Walker | Miguel A. Torres |
| DEA Special Agent | United States Magistrate Judge |